[No. 40864-0-I.    Division One.    February 17, 1998.]

WILLIAM J. HEACOX, ET AL., *Appellants*, v. MAUREEN L. DENTLER, M.D., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-33506-3, Marsha J. Pechman, J., entered June 6, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 15618-4-III.    Division Three.    February 19, 1998.]

ROBERT P. VOLKMAN, *Appellant*, v. WILLIAM J. POWELL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-2-00129-9, Wallis W. Friel, J., entered March 26, 1996. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, A.C.J., and Kato, J.

[No. 15938-8-III.    Division Three.    February 19, 1998.]

GERALD D. VALLEY, ET AL., *Petitioners*, v. NORTHWEST AVIATION, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-2-03362-6, Thomas E. Merryman, J., entered June 12, 1996. *Reversed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kato, JJ.

[No. 15994-9-III.    Division Three.    February 19, 1998.]

KAREN R. VIA, ET AL., *Appellants*, v. WARREN COLLINS, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-2-01209-7, Robert D. Austin, J., entered August 14, 1996. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kurtz, J.